# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES**, et al., ex rel., **LUVETTA COMPTON**, et al., | **CIVIL ACTION** |
| Plaintiffs, | **NO. 16-0851-KSM** |
| *v.* | |
| **HCR MANORCARE, INC.**, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 17th day of April, 2026, upon consideration of Defendant's Motion to Unseal All Prior Filings (*Compton* Action, Doc. No. 113), the United States' partial opposition to that motion (*Compton* Action, Doc. No. 114), the Relators' letter response joining the United States' partial opposition (*Compton* Action, Doc. No. 115), and Defendant's reply brief (*Compton* Action, Doc. No. 116), it is **ORDERED** that the motion is **GRANTED** as follows:

1.      The Clerk of Cout shall **UNSEAL** the descriptive docket entries for all filings on the dockets for *United States ex rel. Compton*, No. 16cv851(E.D. Pa. 2016) (the "*Compton* Action") and *United States ex rel. Bonner*, No. 17cv2860 (E.D. Pa. 2017) (the "*Bonner* Action"), which were previously consolidated (*see Compton* Action, Doc. No. 75).

2.      The Clerk's Office shall **UNSEAL** the following documents in the *Compton* Action:

a.      Appearance documents at Doc. Nos. 4, 12, 62, 65, and 66;

b.      The certificate of service at Doc. No. 9; and

c.      The Orders at Doc. Nos. 3, 6, 8, 18, 20, 22, 23, 25, 27, 29, 31, 34, 35, 37, 40, 42, 44, 46, 49, 52, 54, 56, 58, 60, and 68.

3.      The Clerk of Court shall **UNSEAL** the following documents in the *Bonner*

Action:

a.      The withdrawal of appearance at Doc. No. 8; and

b.      The Orders at Doc. Nos. 3, 5, 7, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 29,

31, 33, 34, 36, 38, 40, 42, 45, 47, 49, 51, 55, and 57.

4.      The United States' extension motions and accompanying briefs shall remain

under temporary seal until **May 8, 2026** unless the United States shows good cause for

maintaining those files under full or partial seal consistent with the standards and reasoning

outlined in the Court's accompanying Memorandum.  Any motion by the United States to

maintain these documents under seal shall be submitted by **May 4, 2026** and **must** include a

chart that identifies the relevant case (i.e., *Compton* or *Bonner*), the document for which sealing

is requested, whether the seal will be full or partial (i.e., redactions), and why sealing is

warranted for that specific document:

| Case Name | Doc. No. | Full or Partial Sealing | Justification |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**